**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

July 14, 2026

**MEMO ENDORSED**

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re: D.W. et al., v. N.Y.C. Public Schools,* 26-2013 (KPF)(SDA)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write to respectfully request a 30-day extension of Defendant's time to respond to the Complaint, from July 16 to August 17, 2026. This is the second request for an extension, the first extension having been granted on April 10, 2026. (ECF 8) Defendant presented a settlement offer on June 29, 2026, which Plaintiffs are considering. The parties are in active settlement negotiations. The requested extension should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the joint letter due July 16, 2026 until August 17, 2026 as well. Further, Defendant respectfully requests an adjournment of the Initial Pretrial Conference ("IPTC") currently scheduled for July 31, 2026 (with attendant submissions) until September 8, 2026 or a later date convenient to the Court. Plaintiffs consent to these requests.

Accordingly, Defendant respectfully requests (a) that Defendant's time to respond to the complaint be extended to August 17, 2026, with a joint status letter due that same date, and (b) an adjournment of the IPTC to September 8, 2026 or to a later date convenient to the Court.

Thank you for considering these requests.

Respectfully submitted,
*/s/ Marina Moraru*

Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood (via ECF)

Application GRANTED.

The deadline for Defendant to respond to Plaintiffs' Complaint and for the parties to submit their joint letter is hereby ADJOURNED to **August 17, 2026.** Correspondingly, the initial pretrial conference currently scheduled for July 31, 2026, is hereby ADJOURNED to **September 9, 2026**, at **12:00 p.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated: July 15, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE